IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY,
a foreign insurer,

      Plaintiff,

vs.                                          Civ. No. 19-1024 KG/KK

JOHN HAROLD WHISENANT, individually
and as THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF JOYCE MOWERY
WHISENANT, the ESTATE OF JOYCE MOWERY
WHISENANT, WHIZ REALTY, L.L.C., a New
Mexico Limited Liability Company, and WHIZWAY
FARM, L.L.C., a New Mexico Limited Liability Company,
WHIZ FAMILY, L.L.C., a New Mexico Limited Liability
Company, WHIZWAY INVESTMENT & FACILITY
DEVELOPMENT, L.L.C., a New Mexico Limited Liability
Company, ELIAS BARELA, individually and as assignee
and successor in interest to JANICE WITTROCK, an
Involuntary Defendant,

      Defendants.

## FINAL ORDER OF DISMISSAL

Having granted the Motion to Dismiss and to Abstain (Doc. 11) by entering a Memorandum Opinion and Order contemporaneously with this Final Order of Dismissal,

IT IS ORDERED that this lawsuit is dismissed without prejudice and that this case is now terminated.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE